| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>HUGO PEREZ<br>1860 BEL AIR ST<br>CORONA CA 92881<br><br>☒ Debtor appearing without an attorney<br>☐ Attorney for Debtor(s) | FOR COURT USE ONLY<br><br>FILED<br>SEP 24 2019<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA   \*\*SELECT DIVISION\*\***

| In re:<br><br>HUGO PEREZ<br><br><br><br>Debtor(s). | CASE NO 6:19-bk-17970-MH<br>CHAPTER: 13<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>(with supporting declaration)<br>[FRBP 1007(c), LBR 1007-1(b)] |
|---|---|

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

   ☒ One or more schedules (A – J)    ☒ Chapter 13 Plan    ☒ Statement of Financial Affairs
   ☒ Statement of Current Monthly Income (B 22A, B 22B, B 22C)
   ☒ Debtor's Certification of Employment Income
   ☐ Other (*specify*):

**Note**: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109 (h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed: 9/10/2019
3. Date of § 341(a) meeting of creditors: _____
4. Debtor requests extension to and including (extension deadline) (*date*): 10/30/2019

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 1                                    F 1007-1.MOTION.DEC.EXTEND

5. Declaration regarding the reason(s) for extension (*explain*):

See attached Exhibit A

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _____ | _____ | 9/24/2019 | _____ |
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*         Page 2         F 1007-1.MOTION.DEC.EXTEND

# EXHIBIT A

HUGO PEREZ
1860 BEL AIR ST
CORONA CA 92881

Plaintiff In Pro Per

# UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

In re:

HUGO PEREZ

Debtor

)
) Chapter 13
) Case No.:    6:19-bk-17970-MH
)
) DEBTOR'S APPLICATION FOR ORDER
) GRANTING DEBTOR EXTENSION OF
) TIME WITHIN WHICH TO FILE
) SCHEDULES AND MISSING PAPERS
)
) Petition filed: 9/10/2019

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT, THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

---

Debtor's Application for Order Granting Extension of Time Within
Which to File Schedules and Missing Papers

Debtor HUGO PEREZ Hereby applies to this Court for entry of anorder, pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007, extending the time within which HUGO PEREZ must file his schedules and statements of financial affairs ("the Schedules"). In support of this Application, HUGO PEREZ states as follows:

1. HUGO PEREZ filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code with this Court on Sep 10, 2019

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408; 1409.

3. HUGO PEREZ is an individual and resident of Corona California. Facing foreclosure from property in which she resides, HUGO PEREZ filed this bankruptcy petition on an emergency basis.

4. Pursuant to Federal Rule of Bankruptcy Procedure 1007, HUGO PEREZ is required to file the Schedules (and Chapter 13 Plan) within fifteen (15) days after the date upon which the Petition was filed. In this case, expiration of the fifteen day period is Sep 26, 2019.

5. By this Application, HUGO PEREZ requests entry of an order extending the time to file the Schedules for an additional thirty (30) days, through and including , Oct 30, 2019 or such time as this Court deems just and proper. Under Federal Rule of Bankruptcy Procedure 1007, this Court has authority to grant this extension.

6. HUGO PEREZ is in the process of compiling and organizing the information required to complete the Schedules and Chapter 13 Plan, but finalization of these documents will extend beyond the fifteen day period ending Oct 30, 2019. Due to the press of business and matters incident to the commencement of this case, it has been impracticable for HUGO PEREZ to assemble all of the information necessary

2

to complete the Schedules and the Chapter 13, and the fifteen (15) day period does not provide sufficient time to accurately complete the Schedules.

7. HUGO PEREZ believes the extension herein requested will be sufficient time within which to compile all necessary information and accurately complete the Schedules. Good cause exists sufficient to grant this Application.

8. Notice of this Application has been served on the Office of the United States Trustee, the Chapter 13 Trustee, and the creditors listed in the master mailing list.

9. No previous request for the relief requested herein has been made to this Court.

WHEREFORE, HUGO PEREZ respectfully prays this Court enter an order substantially in the form annexed hereto as Exhibit B and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated: 9/24/19

_____
HUGO PEREZ
Debtor in pro per

3



UNITED STATES BANKRUPTCY
COURT CENTRAL DISTRICT OF
CALIFORNIA

In re

HUGO PEREZ

Case No. 6:19-bk-17970-MH

Debtor(s).

**ORDER GRANTING EXTENSION OF DEADLINE TO FILE MISSING DOCUMENTS**

The court has reviewed the Debtor(s) ex parte motion to extend time to file certain missing case related documents filed with this court on                          (the "Ex Parte Motion"). The case trustee and the U.S. Trustee have been given electronic notice of the Ex Parte Motion as required by FRBP 1007(c) and no objection has been filed.

The court's Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed (the "NOID") required the missing documents to be filed with the court not later than                          . Based on the Ex Parte Motion, and good cause appearing,

IT IS HEREBY ORDERED that the time set forth in the NOID for the Debtor(s) to file the required missing documents shall be extended until                          .

The Debtor(s) is (are) responsible to give timely notice of commencement of the case, and of all deadlines, to all creditors not included on the original master address list. The Debtor(s) shall file a proof of service showing that all creditors were served with said notice not later than five (5) court days after the Missing Documents are filed.

IT IS FURTHER ORDERED (chapter 13 only) that the Debtor(s) is (are) also responsible to serve the Chapter 13 plan with a motion for confirmation and set that matter for hearing in compliance with Local Rule 3015-1(c)(3).

EDC 6-625 (Rev. 5/12)                    1

1  IT IS FURTHER ORDERED that the clerk of the court shall close this case without entry of a discharge and without further notice if the Debtor(s) does (do) not file the Missing Documents by the extended date set forth above.

IT IS FURTHER ORDERED that no further extensions of time to file the Missing Documents will be granted by ex parte application. In all other respects, the NOID shall remain applicable.

Dated:

_____
United States Bankruptcy Judge

EDC 6-625 (Rev. 5/12)                    2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
990 Summit Dr Unit 12 , Los Angeles CA

A true and correct copy of the foregoing document entitled (*specify*): DEBTOR'S MOTION TO EXTEND TIME TO FILE OPENING DOCUMENTS, DEBTOR'S APPLICATION FOR ORDER GRANTING DEBTOR EXTENSION OF TIME WITHIN WHICH TO FILE SCHEDULES AND MISSING PAPER

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __09/24/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/24/2019 | Alex Alvarez | *Alex Alvarez* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

# MASTER MAILING LIST

*In Re.*   HUGO PEREZ   *,Debtor*

HUGO PEREZ
1860 BEL AIR ST
CORONA CA 92881

Office of The United States Trustee 915
Wilshire Blvd #1850
Los Angeles, CA 90017

WESTERN PROGRESSIVE, LLC
30 CORPORATE PARK, SUITE 450,
IRVINE, CA 92606

PHH MORTGAGE SERVICES
1 MORTGAGE WAY
MOUNT LAUREL NJ 08054