

**FILED & ENTERED**

**SEP 27 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** cargill      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>HUGO PEREZ<br><br>Debtor(s). | Case No: 6:19-bk-17970-MH<br><br>Chapter: 13<br><br>**ORDER DENYING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

On September 10, 2019, Hugo Perez ("Debtor") filed a skeletal Chapter 13 bankruptcy petition. On September 24, 2019, the day that the balance of the case commencement documents were due, Debtor filed a motion to extend time to file the case commencement documents, seeking a thirty-six day extension.

The Court, having reviewed the motion, does not find cause to grant the requested thirty-six day extension. Specifically, the Court notes the motion does not comply with Local Rule 1007-1(b)(1) because it is not supported by a declaration under penalty of perjury establishing a sufficient explanation for the requested extension. Additionally, the Court notes that the statement which was provided in

support of the motion is vague and unclear and does not adequately explain why a thirty-six day extension of the deadlines is warranted. For all these reasons, the Court DENIES the motion.

###

Date: September 27, 2019

Mark Houle
United States Bankruptcy Judge